UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTY HART, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1576-KJD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MIRAGE CASINO-HOTEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter came is before the Court on Defendant Mirage Casino-Hotel's Motion to Compel (#19), filed May 23, 2012. Plaintiff did not file an opposition.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Given that Plaintiff failed to file an opposition, Defendant's motion (#19) is granted. Plaintiff shall produce her journal in response to Defendant's Request for Production No. 10. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Mirage Casino-Hotel's Motion to Compel (#19) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defense counsels' fee applications are due by **June 22, 2012**. Plaintiff's response is due by **June 29, 2012**. The Court will then issue an Order.

DATED this 14th day of June, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge